[No. 6236–1. Division One. March 19, 1979.]

In the Matter of the Marriage of NADA J.
CRABTREE, Petitioner, and JAMES G.
CRABTREE, Respondent.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 52235, Jack S. Kurtz, J., entered
December 12, 1977. Affirmed by unpublished opinion per
Farris, J., concurred in by Dore and Ringold, JJ.

[No. 6257–1. Division One. March 19, 1979.]

MARY E. ALVARADO, Appellant, v. IRA REAVIS,
ET AL, Respondents.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 53632, Jack S. Kurtz, J., entered
December 23, 1977. Affirmed by unpublished opinion per
Swanson, J., concurred in by Dore and Ringold, JJ.

[No. 6404–1. Division One. March 19, 1979.]

THE STATE OF WASHINGTON, Respondent, v. RAYMOND L.
LYNN, Appellant.

Appeal from a judgment of the Superior Court for King
County, No. 83494, Norman W. Quinn, J., entered February
24, 1978. Affirmed by unpublished opinion per James, J.,
concurred in by Andersen and Dore, JJ.

[No. 6638–1. Division One. March 19, 1979.]

JUDITH BERNARD, Appellant, v. TODD WESTFALL,
ET AL, Respondents.

Appeal from a judgment of the Superior Court for Island
County, No. 9853, Richard L. Pitt, J., entered May 5, 1978.
Affirmed by unpublished opinion per Williams, J., con-
curred in by Swanson and Ringold, JJ.